MICHAEL PINTO, Respondent, v. VINCENT J. SAULLE, Appellant.—

No opinion.
Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOLLAND, Appellant.—

No opinion.
Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.